NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSITY OF WASHINGTON,**
*Appellant*

**v.**

**GUARDANT HEALTH, INC.,**
*Appellee*

---

2024-1583

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01158.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      UNIVERSITY OF WASHINGTON V. GUARDANT HEALTH, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 10, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 10, 2024